FILED
CLERK, U.S. DISTRICT COURT

6/13/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THEODORE JAMES BENNETT, <br><br> Defendant. | Case No.: 5:22-MJ-00374-DUTY <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Southern  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (×) information in the Pretrial Services Report and Recommendation

    (×) information in the violation petition and report(s)

    (×) the defendant's nonobjection to detention at this time

    (×) other: No known bail resources; Unknown background information; Outstanding warrant; Allegations in petition, including, failing to report change of address; failing to complete residential drug treatment; substance abuse

1

1          and/ or

2   B. (×)    The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the safety
4          of any other person or the community if released under 18 U.S.C.
5          § 3142(b) or (c).  This finding is based on the following:

6          (×)    information in the Pretrial Services Report and Recommendation
7          (×)    information in the violation petition and report(s)
8          (×)    the defendant's nonobjection to detention at this time
9          (×)    other: Extensive criminal history; Pending case; Substance abuse

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: June 13, 2022

                                           KENLY KIYA KATO
                                           UNITED STATES MAGISTRATE JUDGE